RECEIVED

OCT 2 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLIFTON GRANT, JR., et al. | CIVIL ACTION NO. 1:16-CV-00089 |
| VERSUS | JUDGE DRELL |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the United States' motion to dismiss (Doc. 26) is GRANTED, and the loss of consortium claims filed by Beverley Ann Levy Grant, Markita Grant, Sharrell Ne'Cole Grant, Clifton Grant III, Je'Nee Iberia Grant, Rondrick Lavon Grant, and Ken Grant are DISMISSED WITH PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 26 day October, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT